# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

FILED
SEP 17 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

(Full name of plaintiff(s))

Johnny Alvarez

vs

(Full name of defendant(s))

Sheila Harrison

Dave Thomas

Jefferson County

Case Number:

4:19-cv-0196 TWP-DML

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana (State), and is located at

317 South Walnut Street, Madison Indiana, 47250
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **Sheila Harrison, Dave Thomas**
(Name)

is (if a person or private corporation) a citizen of **Indiana**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Jefferson County Jail**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I Johnny Alvarez am a pre-trial detainee at Jefferson Co. Jail. On April 11, 2019 I was placed in administrative seg. by Sheila Harrison, the Jail Commander of Jefferson Co. Jail. She placed me there for alleged involvement in a fight that happened on 02/26/2019 and for allegedly having a cell phone, even though I had no involvement in the fight and never possessed a cell phone. I was never given a write-up, disciplinary hearing, or served a warrant for any crime. I was stripped of all my belongings including hygiene, religious material, and legal mail/work, upon being placed

Attachment One (Complaint) – 2

in segregation. Sheila Harrison and Dave Thomas (Sheriff) violated my 5th and 14th amendment rights of due process clause by placing me in segregation without receiving a disciplinary report or disciplinary hearing. Sheila Harrison also violated my my 8th amendment by not giving seg. any cleaning supplies, denying hygiene from 4/11/2019 to 4/28/2019, not allowing me to shave from 4/11/2019 to approximately 7/16/2019 and denying the use of hair clippers all together. Sheila Harrison also violated my 1st amendment rights by taking my religious affects and not returning them to me, which is a deprivation of my religious freedom and my right to practice my religion. Finally Sheila Harrison and Dave Thomas violated my 14th amendment by never holding any periodic reviews of my segregation status. Through the grievance process Sheila Harrison has stated im not getting out of segregation. By violating these rights she has caused injury to my family relations by denying visits and injury to my personal liberties. Also my prolonged confinement in segregation caused injury to my mental and emotional state of being. The county of Jefferson and Sheriff Dave Thomas failed to oversee the people who caused by hiring unqualified people and/or failed to adequately train the staff.

C.  JURISDICTION

[✓]  I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like for the courts to remove Sheila Harrison and Dave Thomas from there positions and to make sure someone more qualified takes their position. I would also like to ask for $540,000.00 for damages to my personal liberties, family relations, and emotional + mental state of being.

E.  **JURY DEMAND**

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial - I want a judge to hear my case

Dated this 13th day of September 20 19.

Respectfully Submitted,

_____
Signature of Plaintiff

50041
Plaintiff's Prisoner ID Number

317 South Walnut Street Madison
Indiana, 47250
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.